AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ANTHONY BUSSIE, | ) |
| Plaintiff, | ) |
| | ) **JUDGMENT IN A CIVIL CASE** |
| v. | ) |
| | ) **Case No. 5:14-CV-96-D** |
| PAUL FISHMAN, et al., | ) |
| Defendants. | ) |

**Decision by the Court.**

     IT IS ORDERED AND ADJUDGED in accordance with the court's order entered on August 6, 2014 that the court DISMISSES plaintiff's action under 28 U.S.C. § 1915(G).

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **August 6, 2014**, AND A COPY MAILED TO:

Anthony Bussie (via U.S. Mail)


August 6, 2014                                   JULIE A. RICHARDS, Clerk
Date                                                    *Eastern District of North Carolina*

                                                                 /s/ Susan W. Tripp
*New Bern, North Carolina*                      *(By) Deputy Clerk*

Page 1 of 1
Case 5:14-cv-00096-D   Document 4   Filed 08/06/14   Page 1 of 1